# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
              Plaintiff )
                      )
             vs. )
Christian Paul Rodarte )
              )
           Defendant(s) )
                     )

CRIMINAL NO. 08MJ1320

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Bulmaro Magallon-Mendez

DATED: 4-29-08

RECEIVED _____
           DUSM

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
          Deputy Clerk