# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. _O 8MJ1320_ |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Christian Paul Rodarte ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,     **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Fernando Cirilio Martinez-Garcia

DATED: _5-1-08_

RECEIVED _____
                DUSM

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**OR**

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082