FILED

08 MAY 14 PM 3: 11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ EC ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 1560 JAH |
| Plaintiff, | <u>I N D I C T M E N T</u> |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (a)(1)(B)(iv) - Transportation of Illegal Aliens Resulting in Death; |
| CHRISTIAN PAUL RODARTE, | Title 8, U.S.C., |
| Defendant. | Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens |

The grand jury charges:

<u>Count 1</u>

On or about April 17, 2008, within the Southern District of California, defendant CHRISTIAN PAUL RODARTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Nicolas Antonio-Martinez, had come to, entered and remained in the United States in violation of law, did transport and move, and attempt to transport and move said alien within the United States in furtherance of such violation of law, resulting in death; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), and (a)(1)(B)(iv).

NAJ:em(1):San Diego
5/12/08

Count 2

1

2    On or about April 17, 2008, within the Southern District of
3  California, defendant CHRISTIAN PAUL RODARTE, with the intent to
4  violate the immigration laws of the United States, knowing and in
5  reckless disregard of the fact that an alien, namely, Norma Seferina
6  Mendoza-Alvarez, had come to, entered and remained in the United
7  States in violation of law, did transport and move, and attempt to
8  transport and move said alien within the United States in furtherance
9  of such violation of law, resulting in death; in violation of
10  Title  8,  United  States  Code,  Sections  1324(a)(1)(A)(ii),
11  and (a)(1)(B)(iv).

Count 3

12

13    On or about April 17, 2008, within the Southern District of
14  California, defendant CHRISTIAN PAUL RODARTE, with the intent to
15  violate the immigration laws of the United States, knowing and in
16  reckless disregard of the fact that an alien, namely, Bulmaro
17  Magallon-Mendez, had not received prior official authorization to come
18  to, enter and reside in the United States, did bring to the United
19  States said alien for the purpose of commercial advantage and private
20  financial gain; in violation of Title 8, United States Code,
21  Section 1324(a)(2)(B)(ii), and Title 18, United States Code,
22  Section 2.

Count 4

23

24    On or about April 17, 2008, within the Southern District of
25  California, defendant CHRISTIAN PAUL RODARTE, with the intent to
26  violate the immigration laws of the United States, knowing and in
27  reckless disregard of the fact that an alien, namely, Bulmaro
28  Magallon-Mendez, had come to, entered and remained in the United

2

1  States in violation of law, did transport and move said alien within

2  the United States in furtherance of such violation of law; in

3  violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

4                                  Count 5

5      On or about April 17, 2008, within the Southern District of

6  California, defendant CHRISTIAN PAUL RODARTE, with the intent to

7  violate the immigration laws of the United States, knowing and in

8  reckless disregard of the fact that an alien, namely, Fernando Cirilio

9  Martinez-Garcia, had not received prior official authorization to come

10  to, enter and reside in the United States, did bring to the United

11  States said alien for the purpose of commercial advantage and private

12  financial gain; in violation of Title 8, United States Code,

13  Section 1324(a)(2)(B)(ii), and Title 18, United States Code,

14  Section 2.

15                                 Count 6

16      On or about April 17, 2008, within the Southern District of

17  California, defendant CHRISTIAN PAUL RODARTE, with the intent to

18  violate the immigration laws of the United States, knowing and in

19  reckless disregard of the fact that an alien, namely, Fernando Cirilio

20  Martinez-Garcia, had come to, entered and remained in the United

21  States in violation of law, did transport and move said alien within

22  the United States in furtherance of such violation of law; in

23  violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

24  //

25  //

26  //

27  //

28  //

3

Count 7

On or about April 17, 2008, within the Southern District of California, defendant CHRISTIAN PAUL RODARTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carmelo Gonzalez-Palacios, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 8

On or about April 17, 2008, within the Southern District of California, defendant CHRISTIAN PAUL RODARTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carmelo Gonzalez-Palacios, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count 9

On or about April 17, 2008, within the Southern District of California, defendant CHRISTIAN PAUL RODARTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Eugenio Rodriguez-Naranjo, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and

private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 10

On or about April 17, 2008, within the Southern District of California, defendant CHRISTIAN PAUL RODARTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Eugenio Rodriguez-Naranjo, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

### Count 11

On or about April 17, 2008, within the Southern District of California, defendant CHRISTIAN PAUL RODARTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gustavo Magallon-Mendez, aka Alfredo Parra-Magallano, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//

Count 12

On or about April 17, 2008, within the Southern District of California, defendant CHRISTIAN PAUL RODARTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gustavo Magallon-Mendez, aka Alfredo Parra-Magallano, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: May 14, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
NICOLE A. JONES
Assistant U.S. Attorney