| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | NICOLE ACTON JONES |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 231929 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5482/(619) 235-2757 (Fax) |
|   | Email: nicole.jones@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1560-JAH |
| | ) |
| Plaintiff, | ) |
| | ) NOTICE OF APPEARANCE |
| v. | ) |
| | ) |
| CHRISTIAN PAUL RODARTE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name (If none, enter "None" below)

    None

Please call me if you have any questions about this notice.

DATED: May 15, 2008.

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    s/ *Nicole Acton Jones*
    NICOLE ACTON JONES
    Assistant United States Attorney
    Attorneys for Plaintiff
    United States of America
    Email: nicole.jones@usdoj.gov

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,  ) Criminal Case No. 08CR1560-JAH
                         Plaintiff,  )
                            v.  ) CERTIFICATE OF SERVICE
CHRISTIAN PAUL RODARTE,  )
                        Defendant.  )

IT IS HEREBY CERTIFIED THAT:

    I, NICOLE JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. Alex Landon
    2. Mark Adams
    3. Ciro Hernandez

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on May 15, 2008.

                                          s/ *Nicole Acton Jones*
                                          NICOLE ACTON JONES