|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CASE NO. 08CR1560-JAH** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER AUTHORIZING INTERIM PAYMENTS OF ATTORNEY FEES** |
| CHRISTIAN PAUL RODARTE | ) | |
| Defendant | ) | |

Good cause appearing therefore:

IT IS HEREBY ORDERED that interim payments of attorney fees and costs to appointed counsel Mark F. Adams are authorized in accordance with Title 18 United States Code Section 3599 whenever attorney fees and costs reach the level of at least $5,000.00.

IT IS SO ORDERED:

DATED: May 16, 2008

_____
JOHN A. HOUSTON
United States District Judge