

FILED
MAY 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                     DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

08CR1560-JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ1320 |
| Plaintiff, | |
| v. | ORDER FOR PRESERVATION OF EVIDENCE, NOTES, INFORMATION AND RECORDS OF INVESTIGATION OR INVOLVEMENT AT THE SCENE OF ACCIDENT ON APRIL 17, 2008 |
| CHRISTIAN PAUL RODARTE, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby Ordered that the following agencies preserve all evidence, dispatch tapes, photos, records, log entries, reports, diagrams, video and/or audio recordings of observations and other documents, records, notes, or things relating to that agency's response to the accident on April 17, 2008 on State Route 94 near the intersection of Forest Gate Road and near the Mountain Empire Campground near Campo, California:

California Highway Patrol,

California Department of Forestry,

San Diego County 911 Emergency Dispatch Center,

1  Campo California Fire Department,
2  San Diego County Medical Examiner,
3  San Diego County Sheriff, and
4  United States Department of Homeland Security.

6  IT IS SO ORDERED.

Dated: 5-16-08

Hon. Nita L. Stormes
United States Magistrate Judge