ALEX L LANDON
ATTORNEY AT LAW
California State Bar No. 50957
2442 Fourth Ave.
San Diego, California 92101
Telephone: (619) 232-6022

MARK F. ADAMS
ATTORNEY AT LAW
California State Bar No. 97377
964 Fifth Ave., Suite 335
San Diego, California 92101
Telephone: (619) 239-4344

Attorneys for Defendant
Christian Paul Rodarte

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR1560-JAH |
| Plaintiff, | JOINT MOTION TO CONTINUE ARRAIGNMENT DUE TO CONTINUED HOSPITALIZATION OF THE ACCUSED |
| v. | |
| CHRISTIAN PAUL RODARTE, | |
| Defendant. | |

Defendant, CHRISTIAN PAUL RODARTE, by and through his counsel of record, Alex L. Landon and Mark F. Adams, and the UNITED STATES, by and through its counsel of record, Nicole A. Jones, hereby jointly move to continue the presently set arraignment on the indictment hearing now scheduled for June 3, 2008 at 9:30 a.m. to June 17, 2008 at 9:30 a.m. before the Hon. Nita L. Stormes. The parties have conferred with the Court Clerk who has verified that the proposed new date is convenient for the Court. This joint motion is made and based upon the fact that Mr. Rodarte remains hospitalized and immobile. The parties do not

oppose a finding pursuant to Title 18 United States Code § 3161(h)(3)(A) that the defendant is unavailable pursuant to the terms of the speedy trial act and that such delay may be excluded.

Dated: May 28, 2008    */s/ Alex L. Landon*  
ALEX L. LANDON

Dated: May 28, 2008    */s/ Mark F. Adams*  
MARK F. ADAMS  
Attorneys for Defendant  
Christian Paul Rodarte

Dated: May 28, 2008    */s/ Nicole A. Jones*  
KAREN P. HEWITT  
United States Attorney  
by: NICOLE A. JONES  
Assistant United States Attorney

**PROOF OF SERVICE**

I, Mark F. Adams, do hereby state:

I am a citizen of the United States and a resident of the County of San Diego, State of California. I am over the age of eighteen years, and am not a party to the within action. My business address is 964 Fifth Avenue, Ste. 335, San Diego, California 92101.

On this 28th day of May 2008, I served the within **JOINT MOTION TO CONTINUE ARRAIGNMENT** in Case No. 08CR1560-JAH electronically through the CM/ECF system for the Southern District of California on the United States Attorney's Office, specifically AUSA Nicole A. Jones, a registered user of the CM/ECF system.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this day, May 28, 2008, at San Diego, California.


                                            */S/ Mark F. Adams*_____
                                            MARK F. ADAMS