1  CIRO HERNANDEZ, ESQ SB#174791
   551 Third Avenue
2  Chula Vista, CA 91910
   Telephone:   (619) 266-0389
3  Fax:         (619) 501-2493

4  Attorney for Material Witness

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Criminal Case No.08cr1560-JAH |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | NOTICE OF MOTION; MOTION FOR VIDEOTAPE DEPOSITION, |
| Christian Paul RODARTE | ) | AND RELEASE OF MATERIAL WITNESS; |
| Defendant | ) | Hearing Date:  June 26, 2008<br>Time:          9:30 a.m.<br>Court:         F<br>Judge:         Hon. Nita L. Stormes |

TO KAREN P. HEWITT, UNTIED STATES ATTORNEY, NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY, MARK F. ADAMS and ALEX L. LANDON, ATTORNEY FOR DEFENDANT, CHRISTIAN PAUL RODARTE,

PLEASE TAKE NOTICE that on June 26, 2008, at 9:30 a.m., counsel will move this court for an order to take the deposition of the material witness CGP (minor).

**MOTION**

CGP (minor), through his counsel, CIRO HERNANDEZ, and pursuant to Fed. R. Crim. P. Rule 15, 8 U.S.C Section 1324 (d), 18 U.S.C. Section 3144, and 18 U.S.C. Section 3142,

08CR1560-JAH

1 | hereby moves this court for an order to take his disposition by videotape.

2 |     This motion is based upon the accompanying points and authorities, the records in the
3 | above-entitled case and all matters submitted to the court prior to the determination of this
4 | motion.

6 | Dated: June 6, 2008                    /S/ Ciro Hernandez
7 |                                                        CIRO HERNANDEZ
                                                       Attorney for material witness

28 |                                      08CR1560-JAH