CIRO HERNANDEZ, ESQ SB#174791
551 Third Avenue
Chula Vista, CA 91910
Telephone: (619) 266-0389
Fax: (619) 501-2493

Attorney for Material Witness

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 08cr1560-JAH |
| Plaintiff ) | |
| v. ) | CERTIFICATE OF SERVICE |
| Christian Paul RODARTE ) | |
| Defendant ) | |

Counsel for material witness, CGP (Minor), certifies that the foregoing motion, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronicly served this day upon.

Mark F. Adams markadamsesq@yahoo.com

Alex L Landon mccabeatty@aol.com, negall1018@aol.com

Nicole A Jones Nicole.Jones@usdoj.gov, efile.dkt.gc1@usdoj.gov, esmeralda.diaz@usdoj.gov

Dated: June 6, 2008          /S/ Ciro Hernandez
                             CIRO HERNANDEZ

08CR1560-JAH