```
ALEX L LANDON
ATTORNEY AT LAW
California State Bar No. 50957
2442 Fourth Ave.
San Diego, California 92101
Telephone: (619) 232-6022

MARK F. ADAMS
ATTORNEY AT LAW
California State Bar No. 97377
964 Fifth Ave., Suite 335
San Diego, California 92101
Telephone: (619) 239-4344

Attorneys for Defendant
Christian Paul Rodarte
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTIAN PAUL RODARTE,<br><br>  Defendant. | Case No. 08CR1560-JAH<br><br>JOINT MOTION TO CONTINUE MOTION HEARING ON MOTION FOR VIDEOTAPE DEPOSITION AND RELEASE OF MATERIAL WITNESS |

Defendant, CHRISTIAN PAUL RODARTE, by and through his counsel of record, Alex L. Landon and Mark F. Adams, the UNITED STATES, by and through its counsel of record, Nicole A. Jones, and Material Witness CGP (minor), by and through his counsel of record, Ciro Hernandez, hereby jointly move to continue the presently set motion hearing on motion for videotape deposition and release of material witness now scheduled for June 26, 2008 at 9:30 a.m. to July 1, 2008 at 9:30 a.m. before the Hon. Nita L. Stormes. The parties have conferred with the Court Clerk who has verified that the proposed new date is convenient for the Court.

1  This joint motion is made and based upon the fact that all counsel are not available for the
2  presently set motion hearing date.
3
4
5  Dated: June 10, 2008                    /s/ Alex L. Landon
                                           ALEX L. LANDON
6
7
8  Dated: June 10, 2008                    /s/ Mark F. Adams
                                           MARK F. ADAMS
9                                          Attorneys for Defendant
                                           Christian Paul Rodarte
10
11
12
   Dated: June 10, 2008                    /s/ Nicole A. Jones
13                                         KAREN P. HEWITT
                                           United States Attorney
14                                         by: NICOLE A. JONES
                                           Assistant United States Attorney
15
16
   Dated: June 10, 2008                    /s/ Ciro Hernandez
17                                         CIRO HERNANDEZ
                                           Attorneys for Material Witness
18                                         CGP (minor)
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I, Mark F. Adams, do hereby state:

I am a citizen of the United States and a resident of the County of San Diego, State of California. I am over the age of eighteen years, and am not a party to the within action. My business address is 964 Fifth Avenue, Ste. 335, San Diego, California 92101.

On this 10th day of June 2008, I served the within **JOINT MOTION TO CONTINUE MOTION HEARING DATE** in Case No. 08CR1560-JAH electronically through the CM/ECF system for the Southern District of California on the United States Attorney's Office, specifically AUSA Nicole A. Jones, a registered user of the CM/ECF system and on Material Witness Attorney Ciro Hernandez also a registered user of the CM/ECF system .

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this day, June 10, 2008, at San Diego, California.


*/S/ Mark F. Adams*_____
MARK F. ADAMS