# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF  CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08CR1560-JAH |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER CONTINUING MOTION |
| CHRISTIAN PAUL RODARTE, | ) MOTION HEARING DATE ON |
| | ) MOTION FOR VIDEOTAPE |
| | ) DEPOSITION AND RELEASE OF |
| | ) MATERIAL WITNESS |
| Defendant. | ) |
| | ) |
| _____ | ) |

GOOD CAUSE APPEARING, it is hereby Ordered that the motion hearing on

motion for videotape deposition now set for June 26, 2008 in the above-captioned

criminal case shall be continued to July 1, 2008 at 9:30 a.m.

IT IS SO ORDERED.

DATED:  June 11, 2008

_____

Hon. Nita L. Stormes
U.S. Magistrate Judge